No. 71–294. New York v. Ruppert. Ct. App. N. Y. Certiorari denied.

No. 71–297. Schaefer v. Leone, Warden. C. A. 2d Cir. Certiorari denied.

No. 71–307. Allen v. United States. Ct. Cl. Certiorari denied.

No. 71–309. Burton v. United States. C. A. 4th Cir. Certiorari denied.

No. 71–311. Netski v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–314. Adcock v. United States. C. A. 2d Cir. Certiorari denied.

No. 71–320. Ampex Corp. v. National Labor Relations Board. C. A. 7th Cir. Certiorari denied.

No. 71–321. Drewrys Limited U. S. A., Inc., et al. v. Bartmess. C. A. 7th Cir. Certiorari denied.

No. 71–324. McCrea, Judge v. Sperry et al. Sup. Ct. Wash. Certiorari denied.

No. 71–330. County Asphalt, Inc. v. Lewis Welding & Engineering Corp. C. A. 2d Cir. Certiorari denied.

No. 71–333. Bank of America National Trust & Savings Assn. v. United States et al. Ct. Cl. Certiorari denied.